# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PORCH, MARIA J § Case No. 14-24554
§
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/01/2014 . The undersigned trustee was appointed on 07/29/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $        50,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 17,987.97 |
| Bank service fees | 12.00 |
| Other payments to creditors | 7,100.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]            $ | 9,900.03 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/02/2015 and the deadline for filing governmental claims was 01/02/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 4,250.00 , for a total compensation of $ 4,250.00 $^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 $^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/13/2017            By:/s/GINA B. KROL
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

Page: 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit A

| Case No: | 14-24554 | JSB | Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | PORCH, MARIA J | | | Date Filed (f) or Converted (c): | 07/01/14 (f) |
| | | | | 341(a) Meeting Date: | 07/29/14 |
| For Period Ending: | 12/13/17 | | | Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS   Checking Account Woodforest Bank (negative balance) | 0.00 | 0.00 | | 0.00 | FA |
| 2. SECURITY DEPOSITS   Security Deposit with landlord | 300.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS   Furniture | 500.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL   Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 5. INSURANCE POLICIES   Term life insurance with USPS | 0.00 | 0.00 | | 0.00 | FA |
| 6. PENSION / PROFIT SHARING   Thrift Savings Plan with USPS | 200.00 | 0.00 | | 0.00 | FA |
| 7. VEHICLES   2008 Saturn Vue | 8,398.00 | 0.00 | | 0.00 | FA |
| 8. PERSONAL INJURY | Unknown | 0.00 | | 50,000.00 | FA |
| 9. Worker's Compensation Appeal | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)     $9,748.00     $0.00     $50,000.00     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for lien payments to clear. Will then file TFR

October 12, 2017, 12:38 pm

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 20.00e

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-24554    JSB    Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | PORCH, MARIA J | Date Filed (f) or Converted (c): 07/01/14 (f) |
| | | 341(a) Meeting Date: 07/29/14 |
| | | Claims Bar Date: 01/02/15 |

Expect funds to be delivered to special counsel by the end of June, 2017 June 13, 2017, 11:46 am

Case settled for $50,000; ordered entered approving same 4/28/17; awaiting receipt of funds; TFR to follow June 08, 2017, 09:11 am

Case is being litigated; 14L 0839; still in discovery phase; no trial date set yet
October 17, 2016, 01:21 pm

Personal injury case is pending. Special counsel has been employed for estate.
January 12, 2016, 10:12 am

Litigation pending
October 22, 2014, 01:37 pm

PI auto accident case. Ed Vrdolyak is handling. Trustee to employ special counsel
October 01, 2014, 04:23 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 12/31/17

         /s/    GINA B. KROL
_____    Date: 12/13/17
         GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 14-24554 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | PORCH, MARIA J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8051  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | | |
| For Period Ending: | 12/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/08/17 | 8 | Westfield Insurance Company | Settlement Proceeds | 1142-003 | 50,000.00 | | 50,000.00 |
| * 08/16/17 | 8 | Westfield Insurance Company | Settlement Proceeds | 1142-003 | -50,000.00 | | 0.00 |
| | | | Check returned by maker for missing endorsement | | | | |
| 08/16/17 | | Westfield Insurance | Settlement Proceeds | 1142-000 | 50,000.00 | | 50,000.00 |
| 08/23/17 | 030001 | The Vrdolyak Law Group<br>9618 S. Commercial Ave.<br>Chicago, IL 60617 | Attorney's Fees | 3210-600 | | 15,000.00 | 35,000.00 |
| 08/23/17 | 030002 | The Vrdolyak Law Group<br>9618 S. Commercial Ave.<br>Chicago, IL 60617 | Attorney's Expenses | 3220-610 | | 2,987.97 | 32,012.03 |
| 08/23/17 | 030003 | Maria Porch<br>c/o The Vrdolyak Law Group<br>9618 S. Commercial Ave.<br>Chicago, IL 60617 | Exemption | 8100-002 | | 15,000.00 | 17,012.03 |
| 08/23/17 | 030004 | Edward Hospital | Medical Lien | 4220-000 | | 2,500.00 | 14,512.03 |
| * 08/23/17 | 030005 | Naperville Radiology | Medical Lien | 4220-003 | | 150.00 | 14,362.03 |
| 08/23/17 | 030006 | Midwest Academy of Pain | Medical Lien | 4220-000 | | 1,000.00 | 13,362.03 |
| 08/23/17 | 030007 | Preferred Open MRI | Medical Lien | 4220-000 | | 1,100.00 | 12,262.03 |
| 08/23/17 | 030008 | First Choice P.T. | Medical Lien | 4220-000 | | 1,000.00 | 11,262.03 |
| 08/23/17 | 030009 | Pain Management | Medical Lien | 4220-000 | | 450.00 | 10,812.03 |
| 08/23/17 | 030010 | Advantage MRI | Medical Lien | 4220-000 | | 500.00 | 10,312.03 |
| 08/23/17 | 030011 | Infinite Stratgeic | Medical Lien | 4220-000 | | 400.00 | 9,912.03 |
| * 11/29/17 | 030005 | Naperville Radiology | Medical Lien | 4220-003 | | -150.00 | 10,062.03 |
| 11/29/17 | 030012 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | Medical Lien<br>Unclaimed Funds<br>Unclaimed Funds | 4220-001 | | 150.00 | 9,912.03 |
| 11/29/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 9,900.03 |

Page Subtotals    50,000.00    40,099.97

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 20.00e

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 14-24554 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | PORCH, MARIA J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8051  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | |
| For Period Ending: | 12/13/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 50,000.00 | 40,099.97 | 9,900.03 |
| | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 50,000.00 | 40,099.97 | |
| | | Less:  Payments to Debtors | | | 15,000.00 | |
| | | Net | | 50,000.00 | 25,099.97 | |

| | | | |
|---|---|---|---|
| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8051 | 50,000.00 | 25,099.97 | 9,900.03 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 50,000.00 | 25,099.97 | 9,900.03 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 05, 2017 |
|---|---|---|---|---|---|---|

Case Number:  14-24554  
Debtor Name:  PORCH, MARIA J  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,122.50 | $2,122.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $28.50 | $28.50 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,250.00 | $4,250.00 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC (First Premier Bank)<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured | | $0.00 | $601.38 | $601.38 |
| 000002<br>070<br>7100-00 | Sir Finance Corp.<br>6140 N. Lincoln Ave.<br>Chicago, IL 60659 | Unsecured | | $0.00 | $2,579.00 | $2,579.00 |
| 000003<br>070<br>7100-00 | World Finance Corporation<br>2616 Ogden Avenue<br>Unit C<br>Aurora, IL 60504 | Unsecured | | $0.00 | $884.37 | $884.37 |
| 000004<br>070<br>7100-00 | PHEAA<br>PO B0X 8147<br>HARRISBURG PA 17105 | Unsecured | | $0.00 | $24,183.37 | $24,183.37 |
| 000005<br>070<br>7100-00 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $0.00 | $447.94 | $447.94 |
| 000006<br>070<br>7100-00 | Dept of Education<br>FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Unsecured | | $0.00 | $20,561.74 | $20,561.74 |
| | Case Totals: | | | $0.00 | $55,658.80 | $55,658.80 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-24554
Case Name: PORCH, MARIA J
Trustee Name: GINA B. KROL

Balance on hand $ 9,900.03

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,122.50 | $ 0.00 | $ 2,122.50 |
| Other: Cohen & Krol | $ 28.50 | $ 0.00 | $ 28.50 |

Total to be paid for chapter 7 administrative expenses $ 6,401.00

Remaining Balance $ 3,499.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,257.80  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  7.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (First Premier Bank) 294 Union St. Hackensack, NJ 07601 | $ 601.38 | $ 0.00 | $ 42.72 |
| 000002 | Sir Finance Corp. 6140 N. Lincoln Ave. Chicago, IL 60659 | $ 2,579.00 | $ 0.00 | $ 183.20 |
| 000003 | World Finance Corporation 2616 Ogden Avenue Unit C Aurora, IL 60504 | $ 884.37 | $ 0.00 | $ 62.82 |
| 000004 | PHEAA PO B0X 8147 HARRISBURG PA 17105 | $ 24,183.37 | $ 0.00 | $ 1,717.87 |
| 000005 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 447.94 | $ 0.00 | $ 31.82 |
| 000006 | Dept of Education FedLoan Servicing P.O. Box 69184 Harrisburg, PA 17106-9184 | $ 20,561.74 | $ 0.00 | $ 1,460.60 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,499.03 |

  Remaining Balance   $_____0.00_

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

  Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>