IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **MARIA J. PORCH,** | ) | 14-24554 |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO:     See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on December 14, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                §
                                      §
PORCH, MARIA J                        §     Case No. 14-24554 JSB
                                      §
        Debtor                        §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    JEFFREY P. ALLSTEADT
    219 S. Dearborn Street
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 15 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/19/2018 in Courtroom 240,

    Kane County Courthouse
    100 S. Third Street
    Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/05/2017        By: Gina B. Krol
                                              Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
PORCH, MARIA J § Case No. 14-24554 JSB
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 50,000.00 |
| and approved disbursements of | $ | 40,099.97 |
| leaving a balance on hand of[1] | $ | 9,900.03 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,122.50 | $ 0.00 | $ 2,122.50 |
| Other: Cohen & Krol | $ 28.50 | $ 0.00 | $ 28.50 |

Total to be paid for chapter 7 administrative expenses  $ 6,401.00
Remaining Balance  $ 3,499.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 49,257.80 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (First Premier Bank) 294 Union St. Hackensack, NJ 07601 | $ 601.38 | $ 0.00 | $ 42.72 |
| 000002 | Sir Finance Corp. 6140 N. Lincoln Ave. Chicago, IL 60659 | $ 2,579.00 | $ 0.00 | $ 183.20 |
| 000003 | World Finance Corporation 2616 Ogden Avenue Unit C Aurora, IL 60504 | $ 884.37 | $ 0.00 | $ 62.82 |
| 000004 | PHEAA PO B0X 8147 HARRISBURG PA 17105 | $ 24,183.37 | $ 0.00 | $ 1,717.87 |
| 000005 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc PO Box 248848 Oklahoma City, OK 73124-8848 | $ 447.94 | $ 0.00 | $ 31.82 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Dept of Education FedLoan Servicing P.O. Box 69184 Harrisburg, PA 17106-9184 | $ 20,561.74 | $ 0.00 | $ 1,460.60 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,499.03 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-24554<br>Northern District of Illinois<br>Chicago<br>Thu Dec 14 11:05:48 CST 2017 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | NCEP, LLC<br>P.O. BOX 165028<br>IRVING, TX 75016-5028 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | 1st Chocie Occupational Health<br>1971 Gowdey Rd.<br>Naperville, IL 60563-4232 | A/R Concepts<br>18-3 E Dundee Rd Ste 330<br>Barrington, IL 60010-5275 |
| Aes/Cit Ed<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | Aes/Pheaa<br>1200 N 7th St<br>Harrisburg, PA 17102-1419 | Aes/Pheaa<br>1200 N. 7th Street 4th Floor<br>Harrisburg, PA 17102-1419 |
| Amca<br>2269 S Saw Mill River Road<br>Elmsford, NY 10523-3832 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Archerfield Funding, LLC<br>21485 E Dixie Hwy<br>Miami, FL 33180-1253 |
| Atg Credit<br>1700 W Cortland St Ste 2<br>Chicago, IL 60622-1131 | Atlas Acquisitions LLC (First Premier Bank)<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Cashnet USA<br>P.O. Box 06230<br>Chicago, IL 60606-0230 |
| Comcast<br>1255 W. North Ave.<br>Chicago, IL 60642-1562 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494-9134 | Creditors Collection B<br>755 Almar Pkwy<br>Bourbonnais, IL 60914-2393 |
| Dept of Education<br>FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Fed Loan Serv<br>Po Box 69184<br>Harrisburg, PA 17106-9184 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 |
| G&T Orthopaedics<br>1200 S. York Rd.<br>Elmhurst, IL 60126-5626 | Grt Sub Acc<br>1645 Ogden Ave P.O. Box 637<br>Downers Grove, IL 60515-0637 | Healthcare Recovery So<br>1515 W 190th Street S-35<br>Gardena, CA 90248-4319 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jim Mangers<br>53 S. Oakhurst Drive<br>Aurora, IL 60504-6701 | Mbb<br>1460 Renaissance Dr<br>Park Ridge, IL 60068-1331 |
| Med Busi Bur<br>1460 Renaissance D Suite 400<br>Park Ridge, IL 60068-1349 | Merchants Credit Guide<br>223 W Jackson Blvd Ste 4<br>Chicago, IL 60606-6914 | Michelle Therese Chase<br>552 S. Washington St.<br>Suite 117<br>Naperville, IL 60540-6679 |

| | | |
|---|---|---|
| MiraMed Revenue Group, LLC<br>P.O. Box 673879<br>Higgins Lake, MI 48627 | Nephrology Associates of N IL<br>855 Madison St.<br>Oak Park, IL 60302-4420 | PHEAA<br>PO BOX 8147<br>HARRISBURG PA 17105-8147 |
| PO BOX 8147<br>HARRISBURG PA 17105-8147 | Quest Diagnostics<br>P.O. Box 64804<br>Baltimore, MD 21264-4804 | Rush-Copley Medical Center<br>2000 Ogden Avenue<br>Aurora, IL 60504-7222 |
| Santander Consumer Usa<br>Po Box 961245<br>Ft Worth, TX 76161-0244 | Security Fin<br>C/O Security Finan Pob 3146<br>Spartanburg, SC 29304-3146 | Security Finance<br>347 E. Indian Trail<br>Aurora, IL 60505-1734 |
| Short Term Loans<br>2250 Ogden Ave<br>Aurora, IL 60504-7218 | Sir Finance<br>6140 N. Lincoln Avenue<br>Chicago, IL 60659-2318 | Suburban Radiologists S.C.<br>1446 Momentum Place<br>Chicago, IL 60689-0001 |
| Tricia Porche<br>8912 S. Emerald Avenue<br>Chicago, IL 60620-2634 | U S Dept Of Ed/Gsl/Atl<br>Po Box 4222<br>Iowa City, IA 52244 | Waterton Property Management LLC<br>30 S. Wacker Drive, Suite 3600<br>Chicago, IL 60606-7462 |
| West Asset Management<br>7171 Mercy Rd<br>Omaha, NE 68106-2620 | World Finance<br>2616 Ogden Avenue<br>Aurora, IL 60504-7289 | World Finance Corporation<br>2616 Ogden Avenue<br>Unit C<br>Aurora, IL 60504-4272 |
| laboratory & Pathology Diagnostics<br>Dept. 4387<br>Carol Stream, IL 60122-0001 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 | Janna L Quarless<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Maria J Porch<br>799 Royal St. George Drive Apt #214<br>Naperville, IL 60563-8910 | Patrick Semrad<br>The Semrad Law Firm, LLC<br>20 S. Clark St, 28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Fifth Third Bank
38 Fountain Sq Pl
Cincinnati, OH 45202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Santander Consumer USA Inc.

(d)Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

(d)NCEP, LLC
P.O. Box 165028
Irving, TX 75016-5028

(d)Sir Finance Corp.
6140 N. Lincoln Ave.
Chicago, IL 60659-2318

(u)World Acceptance Corp

(u)Jacqueline Fernandez

(u)Philip E Groben

End of Label Matrix
Mailable recipients    54
Bypassed recipients     7
Total                  61