# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PORCH, MARIA J | § | Case No. 14-24554 JSB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 8,398.00
*(Without deducting any secured claims)*

Assets Exempt: 16,350.00

Total Distributions to Claimants:  10,600.03

Claims Discharged
Without Payment:  303,599.05

Total Expenses of Administration:  24,399.97

3) Total gross receipts of $ 50,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 35,000.00  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 19,039.00 | $ 7,100.00 | $ 7,100.00 | $ 7,100.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 24,400.97 | 24,399.97 | 24,399.97 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,358.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 256,483.28 | 49,257.80 | 49,257.80 | 3,500.03 |
| **TOTAL DISBURSEMENTS** | $ 276,880.28 | $ 80,758.77 | $ 80,757.77 | $ 35,000.00 |

4)  This case was originally filed under chapter 7 on  07/01/2014 .  The case was pending for 45 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/05/2018                              By:/s/GINA B. KROL

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1142-000 | 50,000.00 |
| TOTAL GROSS RECEIPTS | | $ 50,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maria Porch | Exemptions | 8100-002 | 15,000.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 15,000.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Santander Consumer Usa Po Box 961245 Ft Worth, TX 76161 | | 19,039.00 | NA | NA | 0.00 |
| | ADVANTAGE MRI | 4220-000 | NA | 500.00 | 500.00 | 500.00 |
| | EDWARD HOSPITAL | 4220-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| | FIRST CHOICE P.T. | 4220-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | INFINITE STRATGEIC | 4220-000 | NA | 400.00 | 400.00 | 400.00 |
| | MIDWEST ACADEMY OF PAIN | 4220-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| | PAIN MANAGEMENT | 4220-000 | NA | 450.00 | 450.00 | 450.00 |
| | PREFERRED OPEN MRI | 4220-000 | NA | 1,100.00 | 1,100.00 | 1,100.00 |
| | CLERK OF US BANKRUPTCY COURT | 4220-001 | NA | 150.00 | 150.00 | 150.00 |
| TOTAL SECURED CLAIMS | | | $ 19,039.00 | $ 7,100.00 | $ 7,100.00 | $ 7,100.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| ASSOCIATED BANK | 2600-000 | NA | 12.00 | 12.00 | 12.00 |
| COHEN & KROL | 3110-000 | NA | 1,415.00 | 1,414.00 | 1,414.00 |
| GINA B. KROL | 3110-000 | NA | 707.50 | 707.50 | 707.50 |
| COHEN & KROL | 3120-000 | NA | 28.50 | 28.50 | 28.50 |
| THE VRDOLYAK LAW GROUP | 3210-600 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| THE VRDOLYAK LAW GROUP | 3220-610 | NA | 2,987.97 | 2,987.97 | 2,987.97 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 24,400.97 | $ 24,399.97 | $ 24,399.97 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | 1,358.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 1,358.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Chocie Occupational Health 1971 Gowdey Rd. Naperville, IL 60563 | | 3,525.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1st Chocie Occupational Health 1971 Gowdey Rd. Naperville, IL 60563 | | 3,525.00 | NA | NA | 0.00 |
| | A/R Concepts 18-3 E Dundee Rd Ste 330 Barrington, IL 60010 | | 200.00 | NA | NA | 0.00 |
| | A/R Concepts 18-3 E Dundee Rd Ste 330 Barrington, IL 60010 | | 200.00 | NA | NA | 0.00 |
| | Aes/Cit Ed 1200 N 7th St Harrisburg, PA 17102 | | 0.00 | NA | NA | 0.00 |
| | Aes/Cit Ed 1200 N 7th St Harrisburg, PA 17102 | | 0.00 | NA | NA | 0.00 |
| | Aes/Cit Ed 1200 N 7th St Harrisburg, PA 17102 | | 0.00 | NA | NA | 0.00 |
| | Aes/Cit Ed 1200 N 7th St Harrisburg, PA 17102 | | 0.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N 7th St Harrisburg, PA 17102 | | 18,248.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N 7th St Harrisburg, PA 17102 | | 10,556.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N 7th St Harrisburg, PA 17102 | | 18,248.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Aes/Pheaa 1200 N 7th St Harrisburg, PA 17102 | | 10,556.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N. 7th Street 4th Floor Harrisburg, PA 17102 | | 18,248.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N. 7th Street 4th Floor Harrisburg, PA 17102 | | 10,556.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N. 7th Street 4th Floor Harrisburg, PA 17102 | | 18,248.00 | NA | NA | 0.00 |
| | Aes/Pheaa 1200 N. 7th Street 4th Floor Harrisburg, PA 17102 | | 10,556.00 | NA | NA | 0.00 |
| | Amca 2269 S Saw Mill River Road Elmsford, NY 10523 | | 89.00 | NA | NA | 0.00 |
| | Amca 2269 S Saw Mill River Road Elmsford, NY 10523 | | 89.00 | NA | NA | 0.00 |
| | Archerfield Funding, LLC 21485 E Dixie Hwy ?? Miami, FL 33180 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Archerfield Funding, LLC 21485 E Dixie Hwy ?? Miami, FL 33180 | | 0.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 1,160.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 113.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 1,160.00 | NA | NA | 0.00 |
| | Atg Credit 1700 W Cortland St Ste 2 Chicago, IL 60622 | | 113.00 | NA | NA | 0.00 |
| | Cashnet USA P.O. Box 06230 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Cashnet USA P.O. Box 06230 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Comcast 1255 W. North Ave Chicago, IL 60622-1562 | | 0.00 | NA | NA | 0.00 |
| | Credit Coll Po Box 9134 Needham, MA 02494 | | 279.00 | NA | NA | 0.00 |
| | Credit Coll Po Box 9134 Needham, MA 02494 | | 279.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 762.00 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 118.00 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 762.00 | NA | NA | 0.00 |
| | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 | | 118.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 17,000.00 | NA | NA | 0.00 |
| | Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | 17,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank 38 Fountain Sq Pl Cincinnati, OH 45202 | | 0.00 | NA | NA | 0.00 |
| | Fifth Third Bank 38 Fountain Sq Pl Cincinnati, OH 45202 | | 0.00 | NA | NA | 0.00 |
| | G&T Orthopaedics 1200 S. York Rd. Elmhurst, IL 60126 | | 90.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G&T Orthopaedics 1200 S. York Rd. Elmhurst, IL 60126 | | 90.00 | NA | NA | 0.00 |
| | Grt Sub Acc 1645 Ogden Ave P.O. Box 637 Downers Grove, IL 60515 | | 5,670.00 | NA | NA | 0.00 |
| | Grt Sub Acc 1645 Ogden Ave P.O. Box 637 Downers Grove, IL 60515 | | 5,670.00 | NA | NA | 0.00 |
| | Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | 441.00 | NA | NA | 0.00 |
| | Healthcare Recovery So 1515 W 190th Street S-35 Gardena, CA 90248 | | 441.00 | NA | NA | 0.00 |
| | Jim Mangers 53 S. Oakhurst Drive Aurora, IL 60504 | | 2,500.00 | NA | NA | 0.00 |
| | Mbb 1460 Renaissance Dr Park Ridge, IL 60068 | | 247.00 | NA | NA | 0.00 |
| | Mbb 1460 Renaissance Dr Park Ridge, IL 60068 | | 247.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 69.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 59.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 69.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 59.00 | NA | NA | 0.00 |
| | Med Busi Bur 1460 Renaissance D Suite 400 Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 1,681.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 475.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 1,681.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 475.00 | NA | NA | 0.00 |
| | Michelle Therese Chase 552 S. Washington St. Suite 117 Naperville, IL 60540 | | 2,500.00 | NA | NA | 0.00 |
| | Michelle Therese Chase 552 S. Washington St. Suite 117 Naperville, IL 60540 | | 2,500.00 | NA | NA | 0.00 |
| | MiraMed Revenue Group, LLC P.O. Box 673879 Higgins Lake, MI 48627 | | 495.63 | NA | NA | 0.00 |
| | MiraMed Revenue Group, LLC P.O. Box 673879 Higgins Lake, MI 48627 | | 495.63 | NA | NA | 0.00 |
| | Nephrology Associates of N IL 855 Madison St. Oak Park, IL 60302 | | 882.00 | NA | NA | 0.00 |
| | Nephrology Associates of N IL 855 Madison St. Oak Park, IL 60302 | | 882.00 | NA | NA | 0.00 |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | 89.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | 89.00 | NA | NA | 0.00 |
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | 4,000.00 | NA | NA | 0.00 |
| | Rush-Copley Medical Center 2000 Ogden Avenue Aurora, IL 60504 | | 4,000.00 | NA | NA | 0.00 |
| | Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | 1,017.00 | NA | NA | 0.00 |
| | Security Fin C/O Security Finan Pob 3146 Spartanburg, SC 29304 | | 1,017.00 | NA | NA | 0.00 |
| | Security Finance 347 E. Indian Trail Aurora, IL 60505 | | 0.00 | NA | NA | 0.00 |
| | Security Finance 347 E. Indian Trail Aurora, IL 60505 | | 0.00 | NA | NA | 0.00 |
| | Short Term Loans 2250 Ogden Ave Aurora, IL 60504 | | 0.00 | NA | NA | 0.00 |
| | Short Term Loans 2250 Ogden Ave Aurora, IL 60504 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sir Finance 6140 N. Lincoln Avenue Chicago, IL 60659 | | 1,400.00 | NA | NA | 0.00 |
| | Suburban Radiologists S.C. 1446 Momentum Place Chicago, IL 60689 | | 16.65 | NA | NA | 0.00 |
| | Suburban Radiologists S.C. 1446 Momentum Place Chicago, IL 60689 | | 16.65 | NA | NA | 0.00 |
| | Tricia Porche 8912 S. Emerald Avenue Chicago, IL 60620 | | 0.00 | NA | NA | 0.00 |
| | Tricia Porche 8912 S. Emerald Avenue Chicago, IL 60620 | | 0.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 7,483.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 5,151.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 4,057.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 3,749.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 3,688.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 2,025.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 7,483.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 5,151.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 4,057.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 3,749.00 | NA | NA | 0.00 |
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 3,688.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | U S Dept Of Ed/Gsl/Atl Po Box 4222 Iowa City, IA 52244 | | 2,025.00 | NA | NA | 0.00 |
| | West Asset Management 7171 Mercy Rd Omaha, NE 68106 | | 447.00 | NA | NA | 0.00 |
| | West Asset Management 7171 Mercy Rd Omaha, NE 68106 | | 447.00 | NA | NA | 0.00 |
| | World Acceptance Corp | | 1,100.00 | NA | NA | 0.00 |
| | World Acceptance Corp | | 1,100.00 | NA | NA | 0.00 |
| | World Finance 2616 Ogden Avenue Aurora, IL 60504 | | 0.00 | NA | NA | 0.00 |
| | World Finance 2616 Ogden Avenue Aurora, IL 60504 | | 0.00 | NA | NA | 0.00 |
| | laboratory & Pathology Diagnostics Dept. 4387 Carol Stream, IL 60122 | | 5.36 | NA | NA | 0.00 |
| | laboratory & Pathology Diagnostics Dept. 4387 Carol Stream, IL 60122 | | 5.36 | NA | NA | 0.00 |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | NA | 447.94 | 447.94 | 31.83 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC (FIRST PREMI | 7100-900 | NA | 601.38 | 601.38 | 42.73 |
| 000006 | DEPT OF EDUCATION | 7100-900 | NA | 20,561.74 | 20,561.74 | 1,461.02 |
| 000004 | PHEAA | 7100-900 | NA | 24,183.37 | 24,183.37 | 1,718.36 |
| 000002 | SIR FINANCE CORP. | 7100-900 | NA | 2,579.00 | 2,579.00 | 183.25 |
| 000003 | WORLD FINANCE CORPORATION | 7100-900 | NA | 884.37 | 884.37 | 62.84 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 256,483.28 | $ 49,257.80 | $ 49,257.80 | $ 3,500.03 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| Case No: | 14-24554    JSB    Judge: JANET S. BAER |
| Case Name: | PORCH, MARIA J |
| For Period Ending: | 03/05/18 |

| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 07/01/14 (f) |
| 341(a) Meeting Date: | 07/29/14 |
| Claims Bar Date: | 01/02/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| Checking Account Woodforest Bank (negative balance) | | | | | |
| 2. SECURITY DEPOSITS | 300.00 | 0.00 | | 0.00 | FA |
| Security Deposit with landlord | | | | | |
| 3. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| Furniture | | | | | |
| 4. WEARING APPAREL | 350.00 | 0.00 | | 0.00 | FA |
| Clothing | | | | | |
| 5. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Term life insurance with USPS | | | | | |
| 6. PENSION / PROFIT SHARING | 200.00 | 0.00 | | 0.00 | FA |
| Thrift Savings Plan with USPS | | | | | |
| 7. VEHICLES | 8,398.00 | 0.00 | | 0.00 | FA |
| 2008 Saturn Vue | | | | | |
| 8. PERSONAL INJURY | Unknown | 0.00 | | 100,000.00 | FA |
| 9. Worker's Compensation Appeal | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $9,748.00 | $0.00 | | $100,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for lien payments to clear.  Will then file TFR

October 12, 2017, 12:38 pm

LFORM1

Ver: 20.00g

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| | |
|---|---|
| Case No: | 14-24554   JSB   Judge: JANET S. BAER |
| Case Name: | PORCH, MARIA J |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 07/01/14 (f) |
| 341(a) Meeting Date: | 07/29/14 |
| Claims Bar Date: | 01/02/15 |

Expect funds to be delivered to special counsel by the end of June, 2017 June 13, 2017, 11:46 am

Case settled for $50,000; ordered entered approving same 4/28/17; awaiting receipt of funds; TFR to follow June 08, 2017, 09:11 am

Case is being litigated; 14L 0839; still in discovery phase; no trial date set yet
October 17, 2016, 01:21 pm

Personal injury case is pending. Special counsel has been employed for estate.
January 12, 2016, 10:12 am

Litigation pending
October 22, 2014, 01:37 pm
PI auto accident case. Ed Vrdolyak is handling. Trustee to employ special counsel
October 01, 2014, 04:23 pm

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/17


     /s/     GINA B. KROL

_____ Date: 03/05/18

     GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-24554  -JSB | | Trustee Name: | GINA B. KROL |
| Case Name: | PORCH, MARIA J | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8051  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | | |
| For Period Ending: | 03/05/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 08/08/17 | 8 | Westfield Insurance Company | Settlement Proceeds | 1142-003 | 50,000.00 | | 50,000.00 |
| * 08/16/17 | 8 | Westfield Insurance Company | Settlement Proceeds | 1142-003 | -50,000.00 | | 0.00 |
| | | | Check returned by maker for missing endorsement | | | | |
| 08/16/17 | 8 | Westfield Insurance | Settlement Proceeds | 1142-003 | 50,000.00 | | 50,000.00 |
| 08/23/17 | 030001 | The Vrdolyak Law Group 9618 S. Commercial Ave. Chicago, IL 60617 | Attorney's Fees | 3210-600 | | 15,000.00 | 35,000.00 |
| 08/23/17 | 030002 | The Vrdolyak Law Group 9618 S. Commercial Ave. Chicago, IL 60617 | Attorney's Expenses | 3220-610 | | 2,987.97 | 32,012.03 |
| 08/23/17 | 030003 | Maria Porch c/o The Vrdolyak Law Group 9618 S. Commercial Ave. Chicago, IL 60617 | Exemption | 8100-002 | | 15,000.00 | 17,012.03 |
| 08/23/17 | 030004 | Edward Hospital | Medical Lien | 4220-000 | | 2,500.00 | 14,512.03 |
| * 08/23/17 | 030005 | Naperville Radiology | Medical Lien | 4220-003 | | 150.00 | 14,362.03 |
| 08/23/17 | 030006 | Midwest Academy of Pain | Medical Lien | 4220-000 | | 1,000.00 | 13,362.03 |
| 08/23/17 | 030007 | Preferred Open MRI | Medical Lien | 4220-000 | | 1,100.00 | 12,262.03 |
| 08/23/17 | 030008 | First Choice P.T. | Medical Lien | 4220-000 | | 1,000.00 | 11,262.03 |
| 08/23/17 | 030009 | Pain Management | Medical Lien | 4220-000 | | 450.00 | 10,812.03 |
| 08/23/17 | 030010 | Advantage MRI | Medical Lien | 4220-000 | | 500.00 | 10,312.03 |
| 08/23/17 | 030011 | Infinite Stratgeic | Medical Lien | 4220-000 | | 400.00 | 9,912.03 |
| * 11/29/17 | 030005 | Naperville Radiology | Medical Lien | 4220-003 | | -150.00 | 10,062.03 |
| 11/29/17 | 030012 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL  60604 | Medical Lien Unclaimed Funds Unclaimed Funds | 4220-001 | | 150.00 | 9,912.03 |
| 11/29/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.00 | 9,900.03 |
| | | | Page Subtotals | | 50,000.00 | 40,099.97 | |

Ver: 20.00g

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   2

Exhibit 9

| Case No: | 14-24554  -JSB |
|---|---|
| Case Name: | PORCH, MARIA J |
| Taxpayer ID No: | *******3750 |
| For Period Ending: | 03/05/18 |

| Trustee Name: | GINA B. KROL |
|---|---|
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8051  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/18/18 | 030013 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 4,250.00 | 5,650.03 |
| 01/18/18 | 030014 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 1,414.00 | 4,236.03 |
| 01/18/18 | 030015 | Gina B. Krol | Final Distribution<br>Attorney's Fees | 3110-000 | | 707.50 | 3,528.53 |
| 01/18/18 | 030016 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3120-000 | | 28.50 | 3,500.03 |
| 01/18/18 | 030017 | Sir Finance Corp.<br>6140 N. Lincoln Ave.<br>Chicago, IL 60659 | Final Distribution | 7100-900 | | 183.25 | 3,316.78 |
| 01/18/18 | 030018 | World Finance Corporation<br>2616 Ogden Avenue<br>Unit C<br>Aurora, IL 60504 | Final Distribution | 7100-900 | | 62.84 | 3,253.94 |
| 01/18/18 | 030019 | PHEAA<br>PO B0X 8147<br>HARRISBURG PA 17105 | Final Distribution<br>(4-1) STUDENT LOAN | 7100-900 | | 1,718.36 | 1,535.58 |
| 01/18/18 | 030020 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Final Distribution | 7100-900 | | 31.83 | 1,503.75 |
| 01/18/18 | 030021 | Dept of Education<br>FedLoan Servicing | Final Distribution<br>(6-1) Modified on 12/31/14 to | 7100-900 | | 1,461.02 | 42.73 |

Page Subtotals             0.00        9,857.30

Ver: 20.00g

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 21)*

FORM 2    Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-24554  -JSB | Trustee Name: | GINA B. KROL |
| Case Name: | PORCH, MARIA J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8051  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3750 | | |
| For Period Ending: | 03/05/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/18/18 | 030022 | P.O. Box 69184 Harrisburg, PA 17106-9184 Atlas Acquisitions LLC (First Premier Bank) 294 Union St. Hackensack, NJ 07601 | correct creditor's name. (AD) Final Distribution | 7100-900 | | 42.73 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 50,000.00 | 50,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 50,000.00 | 50,000.00 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 50,000.00 | 35,000.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8051 | 50,000.00 | 35,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 50,000.00 | 35,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    42.73

Ver: 20.00g

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 22)*